| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ERIC J. CHANG<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAQUILLAH S. STEWART<br><br>Defendant. | CASE NO. 2:18-CR-00259-DB<br><br>AMENDED STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA<br><br>DATE: February 19, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, Magistrate Judge Deborah Barnes scheduled this matter for a status conference in this Court on February 19, 2019 at 10:00 a.m.

2. By this stipulation, the parties now jointly move to vacate the status conference and set a Chang of Plea hearing on March 19, 2019 at 10:00 a.m.

3. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded until March 19, 2019, from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to review discovery and prepare for a trial outweigh the best interests of the public and the defendant in a speedy trial.

STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS
CONFERENCE AND SET CHANGE OF PLEA

1

IT IS SO STIPULATED.

Dated: February 14, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ *Eric J. Chang*
ERIC J. CHANG
Special Assistant U.S. Attorney

Dated: February 14, 2019

/s/ *Eric J. Chang for*
LINDA ALLISON
Chief Assistant Federal Defender
Counsel for Defendant
SHAQUILLAH S. STEWART

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference is vacated and a Change of Plea Hearing is set for March 19, 2019 at 10:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through March 19, 2019.

FOUND AND ORDERED

Dated: February 14, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE